1   Melissa A. Higbee, Esq., SBN 24644
    **HIGBEE & ASSOCIATES**
2   3110 W. Cheyenne Ave #200
    N. Las Vegas, NV 89032-5418
3   (714) 617-8336
    (714) 597-6729 facsimile
4
    *Attorney for Plaintiff,*
5   TAMARA WILLIAMS,

6
                    **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF ARIZONA**

8   TAMARA WAREKA p/k/a TAMARA        Case No. _____
    WILLIAMS
9                                     **COMPLAINT FOR DAMAGES AND**
                     Plaintiff,       **INJUNCTIVE RELIEF**
10
11  v.                               **COPYRIGHT INFRINGEMENT**

12  BON BEAUTE LLC
    and DOES 1 through 10 inclusive,
13                                    **DEMAND FOR JURY TRIAL**
                     Defendants.
14

15

16      Plaintiff, Tamara Williams alleges as follows:

17              **JURISDICTION AND VENUE**

18      1.      This is a civil action seeking damages and injunctive relief for

19  copyright infringement under the Copyright Act of the United States, 17 U.S.C. §

20  101 *et seq.*

21      2.      This Court has subject matter jurisdiction over Plaintiff's claims for

22  copyright infringement pursuant to 28 U.S.C. § 1331(federal question) and 28 U.S.C.

23  § 1338(a) (copyrights).

24      3.      This Court has personal jurisdiction over Defendant because Defendant

25  conducts business and/or resides within this judicial district, Defendant's acts of

26  infringement complained of herein occurred in this judicial district, and Defendant

27  caused injury to Plaintiff within this judicial district.

28      4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d)

                                     1
                                **COMPLAINT**

and/or § 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5.    Plaintiff Tamara Wareka p/k/a Tamara Williams ("Williams") is an individual and professional photographer.

6.    Defendant Bon Beaute LLC ("Defendant" or "BB") is an Arizona corporation with a principal place of business in Tuscon, Arizona.

7.    Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8.    For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

### *Plaintiff Tamara Williams*

9.    Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams, which has amassed almost 600,000 followers.

10.    Williams' work has been featured in top publication such as *Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim,*

2
COMPLAINT

1 | and many more. Additionally, her work has been used commercially by brands such
2 | as *NARS, KKW, Fenty*, and *Benefit*.

3 |       11.    Williams often first publishes her original photograph to her Instagram
4 | page and includes a watermark on the photographs as published to her Instagram
5 | page.

6 |       12.    Williams' work often contains a watermark of her previous Instagram
7 | handle "@tamarawilliams1" or, alternatively, her updated Instagram handle
8 | "@tamarawilliams" ("Plaintiff's Watermark").

9 |       13.    Williams is the sole creator and exclusive rights holder to a beauty
10 | photograph of a model named Tai (the "Tai Photograph").

11 |       14.    Attached hereto as Exhibit A is a true and correct copy of the Tai
12 | Photograph.

13 |       15.    Williams has registered the Tai Photograph with the United States
14 | Copyright Office under registration number VA 2-116-917, with an effective
15 | registration date of August 23, 2018.

16 |       16.    Attached hereto as Exhibit B is a true and correct copy of Registration
17 | VA 2-116-917.

18 |       17.    Williams is the sole creator and exclusive rights holder to another
19 | beauty photograph of model Tai (the "Second Tai Photograph ").

20 |       18.    Attached hereto as Exhibit C is a true and correct copy of Second Tai
21 | Photograph.

22 |       19.    Williams has registered the Second Tai Photograph with the United
23 | States Copyright Office under registration VA 2-130-596, with an effective
24 | registration date of December 13, 2018.

25 |       20.    Attached hereto as Exhibit D is a true and correct copy of VA 2-130-
26 | 596.

27 |       21.    Williams is the sole creator and exclusive rights holder to a  beauty
28 | photograph of a model named Millie ("Millie Photograph").

22.    Attached hereto as Exhibit E is a true and correct copy of the Millie Photograph

23.    Williams registered the Millie Photograph with the United States Copyright Office under VA 2-197-150, with an effective registration date of February 5, 2025.

24.    Attached hereto as Exhibit F is at true and correct copy of VA 2-197-150.

25.    Williams is the sole creator and exclusive rights holder to a beauty photograph of a model named Kambree ("Kambree Photograph").

26.    The Kambree Photograph was originally published with Plaintiff's Watermark.

27.    Attached hereto as Exhibit G is a true and correct copy of the Kambree Photograph with Plaintiff's Watermark circled.

28.    Williams registered the Kambree Photograph with the United States Copyight Office under registration VA 2-377-868, with an effective registration date of December 4, 2023.

29.    Attached hereto as Exhibit H is a true and correct copy of registration VA 2-377-868.

30.    Williams is the sole creator and exclusive rights holder to a beauty photograph of a model named Guiliana ("Guliana Photograph").

31.    Attached hereto as Exhibit I is a true and correct copy of the Guiliana Photograph.

32.    Williams registered the Guiliana Photograph with the United States Copyright Office under registration VA 2-116-904.

33.    Attached hereto as Exhibit J is a true and correct copy of registration VA 2-116-904.

34.    The Tai Photograph; the Second Tai Photograph; the Millie Photograph; the Kambree Photograph; and the Guiliana Photograph shall be

1   collectively referred to as the "Beauty Photographs".

2   ***Defendant Bon Beaute LLC***

3       35.     Upon information and belief, Defendant Bon Beaute LLC ("BB") is the

4   owner and operator of the website https://www.bonbeautetucson.com/ ("Defendant's

5   Website").

6       36.     According to Defendant's Website, Defendant BB is a beauty

7   "boutique" offering permanent makeup services, including microblading, nano-

8   brows,     lip     blushing,     and     freckle     tattoos.     *See     generally*

9   *https://www.bonbeautetucson.com/frequentlyaskedquestions*.

10      37.     According to Defendant's Website, Defendant offers microblade, nano,

11  and freckle tattoo training sessions, for which they charge $800 to $3,000. *See*

12  https://www.bonbeautetucson.com/microblading-course.

13      38.     Upon information and belief, Defendant is and was at all relevant times

14  the owner, operator, and manager of an Instagram account @bon_beaute,

15  https://www.instagram.com/bon_beaute/ ("Defendant's Instagram"), which promotes

16  Defendant's business and services.

17      39.     The biography section lists Defendant's services and states "Book

18  Now⬇️", with an arrow emoji pointing directly to three links provided by Defendant

19  in its Instagram biography section - a link Defendant's Website, a link to the page on

20  Defendant's Website where they advertise their training services, and a link to the

21  payment website used by Defendant to charge for Defendant's services.

22      40.     Defendant BB generates content on Defendant's Instagram for

23  commercial purposes and to attract user traffic to BB, to market and promote BB's

24  products and services, and to incase the customer base and revenue for BB.

25      41.     At all relevant times, BB had the ability to supervise and control all

26  content on Defendant's Instagram.

27      42.     At all relevant times Defendant BB had a direct financial interest in the

28  content and activities of Defendant's Instagram (including the activities alleged in

5
**COMPLAINT**

1  this Complaint).

2      43.    At all relevant times, Defendant's Instagram was readily accessible to

3  the general public through Arizona, the United States, and the world.

4                        *Defendant's Infringing Conduct*

5      44.    On or about November 10, 2024 Williams discovered her Tai

6  Photograph copied and displayed on Defendant's Instagram in a post captioned with:

7

8      "Our Freckle Masterclass is designed for everyone – whether you are a
       beginner with no permanent makeup experience or looking to add "freckles"

9      to your menu and sprinkle a few beauty marks at your client's next
       appointment.

10

11     No prior experience is required! When you enroll in our masterclass, you
       become part of a vibrant and supportive community of beauty enthusiasts and

12     professional. Network, share experiences, and continue learning together.
       Date: Sunday August 11ᵗʰ

13     Time: 9am-5pm
       Location: 1600 N Tucson Blvd Suite 110

14

15

16     #tusconpumu  #tuscopmuartist  #tusconfreckles  #pmufreckles  #azfreckles
       #tusconbeauty #tusconbeautysalon #tusconbrowartist #tuscon #storyink

17

18     ("Tai Infringement")

19

20     45.    The Tai Photograph is incorporated into the Tai Infringement, with the

21  words "INTRO TO FRECKLE TATTOOING OVERVIEW OF COSMETIC

22  TATTOOING, THE HISTORY AND POPULARITY OF FRECKLE TATOOS,

23  AND AN UNDERSTANDING OF THE AESTHETICS OF NATURAL

24  FRECKLES" directly below the Tai Photograph.

25     46.    Attached hereto as Exhibit K is a true and correct copy of the Tai

26  Infringement as copied to and displayed on Defendant's Instagram.

27     47.    On or about November 10, 2024, Williams discovered her Second Tai

28  Photograph copied and displayed on Defendant's Instagram in a post captioned with:

Freckle Tattoo Healing Process

These freckles were designed to be a subtle and light expression of realistic freckles. The final result of color is meant to be very slight, soft and diffused.

After Session

-everyone can have different response to the procedure. You can see that my result was red and inflamed skin. This can be a result of the poking reception, the numbing agents, and the individual's response to "injury"

Day 1

-a few hours after the session the redness and swelling immediately went down. The freckles looked more red than their true color

-gentle cleansing with soap and water

-light layer of coconut oil for hydration

Day 2

-slight redness, and puffiness. The skin feels a little dry and still rerquries no makeup for proper healing

-gentle cleansing with soap and water

-Light layer of coconut oil for hydration

Day 3

-freckles may form little dry patches and feel bumpy – This is a normal and important phase of the healing. Continue to keep it clean and makeup free.

-gentle cleansing with soap and water

-Light layer of coconut oil for hydration

Day 4

-pretty close to being healed, it is recommend to still avoid any makeup and skincare products.

-gentle cleansing with soap and water

-Light layer of coconut oil for hydration

Day 5

-healing complete. The freckles have settled in and the color is equally rich and soft

Extra Tips:

The healing experience and always vary depending on the quantity of freckles, and the color of the healed result. A person can also heal anywhere between 5-7 days and its recommend to avoid traditional makeup and skincare within that time frame

Drink lots of water leading up to your healing and avoid these things leading up to your freckle tattoo appointment:

-sun tanning

-retinols

-exfoliating

#frecklestattoo  #freckles  #frecklesface  #frecklesonfleek  #frecklesmakeup

7

**COMPLAINT**

#frecklesgirl #tusconfreckles #tusconbeautyspa

("Second Tai Infringement")

48.    Attached hereto as Exhibit L is a true and correct copy of the Second Tai Infringement as copied to and displayed on Defendant's Instagram.

49.    On or about November 10, 2024, Williams discovered her Millie Photograph copied to and displayed on Defendant's Instagram in a post captioned:

OCTOBER PROMOTION
Be sure to take advantage of our promotion deals this month!
✨Brow Lamination 25% off
✨Lash Lift $20% off
✨Lip Blush $100 Dollars first Session ($75 second session)
(Reminder to join our upcoming Bon Beauty Pop Up Market on October 21st)
#tusconpmu      #tusconpermanentmakerup      #tusconbrows      #tusconpopup
#tusconpopupmarket      #tusconmarket      #tusconsalon      #tusconhair
#tusconmakeupartist      #tuschonpmuartist      #tuscon      #tusconesthetician
#tusconesthetics #bonbeaute #bonbeauteacademy

("Millie Infringement")

50.    The Millie Photograph is incorporated in to the Millie Infringement with the words "Brow Lamination 25% off Lash Lift $20% off Lip Blush $100 Dollars first Session ($75 second session) BOOK NOW www.bonbeautetuscon.com" incorporated directly into to the Millie Infringement, right below the Millie Photograph.

51.    Attached hereto as Exhibit M is a true and correct copy of the Millie Infringement as copied to and displayed on Defendant's Instagram.

52.    On or about November 10, 2024, Williams discovered her Kambree Photograph copied to and displayed on Defendant's Instagram in a post captioned:

Give your brows a transformation and SAVE! Enjoy $30 off brow lamination -This is a great service for our fluffy brown lovers which also compliments

8
**COMPLAINT**

your permanent makeup investment beautifully
Booking link in bio
(Offer ends January 31st)
#tusconbrows #tusconbrowlamination #tusconbrowartist #tusconmakeup #tusconmakeupartist #tusconsalon #tusconfluffybrows #tusconnaturalbrows #tusconesethetician #tusconesthetics

("Kambree Infringement")

53.    The Kambree Photograph is incorporated in to the Kambree Infringement with the words "$30 off brow lamination Offer ends January 31st" directly next to the Kambree Photograph.

54.    The Kambree Photograph as used by Defendant in the Kambree Infringement contained Plaintiff's Watermark.

55.    Attached hereto as Exhibit N is a true and correct copy of the Kambree Infringement as copied to and displayed on Defendant's Instagram, with Plaintiff's Watermark circled.

56.    On or about November 10, 2024, Williams discovered her Guiliana Photograph copied to and displayed on Defendant's Instagram in a post captioned:

We love our manual method of faux freckles
It really allows the artist to feel each layer we are creating, allowing us to connect with our intention in each movement
Here is Gabriella's freckle tattoo work, as she continues to integrate our layered effect for realism freckles.
#fauxfreckles
#tattoofreckles
#freckleface

("Guiliana Infringement")

57.    Attached hereto as Exhibit O is a true and correct copy of the Guiliana Infringement as copied to and displayed on Defendant's Instagram.

58.    The Tai Infringement, the Second Tai Infringement, the Millie

Infringement, the Kambree Infringement, and the Guiliana Infringement shall collectively be referred to as the "Infringing Posts".

59.    Williams, through counsel, made several attempts to resolve this matter directly with Defendant, but the Parties were unable to come to a resolution.

60.    Williams does not have record of the Beauty Photographs being licensed to Defendant, nor had Williams granted permission for Defendant to make copies or publically display the Beauty Photographs on Defendant's Instagram with the Infringing Posts.

61.    On information and belief, Defendant's use of the Beauty Photographs was deliberate and willful because it knew or should have known that it did not purchase a license to use the Beauty Photographs. Specifically, the Kambree Photograph contained Plaintiff's Watermark and Defendant copied and displayed the Kambree Photograph with Plaintiff's Watermark on Defendant's Instagram without Plaintiff's permission, despite having notice of Plaintiff's ownership of the Kambree Photograph.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

62.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Beauty Photographs.

63.    Williams owns valid copyrights in the Beauty Photographs.

64.    Williams registered the Beauty Photographs with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

65.    Plaintiff is informed and believes and thereon alleges that the Defendants willfully infringed upon Plaintiff's copyrighted Beauty Photographs in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for

1  commercial benefit, the original and unique Beauty Photographs of the Plaintiff

2  without Plaintiff's consent or authority, and acquired monetary gain and market

3  benefit as a result.

4      66.    Specifically, Defendant made unauthorized copies and then publically

5  displayed the Beauty Photographs with the Infringing Posts on Defendant's

6  Instagram.

7      67.    As a result of Defendants' violations of Title 17 of the U.S. Code,

8  Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory

9  damages pursuant to 17 U.S.C. § 504(c).

10     68.    Plaintiff is also entitled to injunctive relief to prevent or restrain

11  infringement of her copyright pursuant to 17 U.S.C. § 502.

12  **PRAYER FOR RELIEF**

13  **WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

14  •     For a finding that Defendants infringed Williams' copyright interest in the

15  Beauty Photographs by copying, displaying, and distributing them without a license

16  or consent;

17  •     For an award of actual damages and disgorgement of all of Defendant's

18  profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount

19  to be proven or, in the alternative, at Plaintiff's election, an award for statutory

20  damages against Defendant pursuant to 17 U.S.C. § 504(c), whichever is larger;

21  •     For costs of litigation and reasonable attorney's fees against each Defendant

22  pursuant to 17 U.S.C. § 505;

23  •     For an injunction preventing each Defendant from further infringement of all

24  copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

25  •     For pre judgment interest as permitted by law; and

26  •     For any other relief the Court deems just and proper.

27

28

**COMPLAINT**

Dated: May 29, 2025

Respectfully submitted,

1

2    **/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.,
3    **HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave #200
4    N. Las Vegas, NV 89032-5418
(714) 617-8340
5    (714) 597-6729 facsimile

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

1

## DEMAND FOR JURY TRIAL

2
    Plaintiff, Tamara Williams hereby demands a trial by jury in the above matter.

3

4
Dated: May 29, 2025                      Respectfully submitted,

5

6
                           **/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.,
**HIGBEE & ASSOCIATES**

7
3110 W. Cheyenne Ave #200
N. Las Vegas, NV 89032-5418

8
(714) 617-8340
(714) 597-6729 facsimile

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**